# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————

No. 1D18-3388

—————————————

DEREK CEBERN WOODS JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and OSTERHAUS, J., and SHARRIT, MICHAEL S.,
Associate Judge, concur.

—————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————

Andy Thomas, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.